UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WILLIAM R. KLINGELE,<br><br>                    Plaintiff,<br><br>     vs.<br><br>STATE OF WASHINGTON, *et al.*,<br><br>                    Defendants. | NO.  CV-05-3008-RHW<br><br>ORDER DISMISSING ACTION |

By Order dated August 19, 2005, the court granted Mrs. Klingele, mother of the deceased Plaintiff, or any other person claiming to be a successor, an extension of time until November 22, 2005, to file a motion for substitution of proper parties pursuant to Federal Rule of Civil Procedure 25(a).  The court also directed compliance with the filing fee requirements of 28 U.S.C. §§ 1914 and 1915.  Nothing further has been filed in this action.

Accordingly, for the reasons set forth above and in the Order dated August 19, 2005 (Ct. Rec. 12), **IT IS ORDERED** this action is **DISMISSED.**  The District Court Executive shall enter this Order, enter judgment, forward a copy to Mrs. Klingele and close the file.

**DATED** this 1st day of May, 2006.

                              *s/ Robert H. Whaley*

                              ROBERT H. WHALEY
                    CHIEF UNITED STATES DISTRICT JUDGE

Q:\CIVIL\2005\Klingele\5cv3008RHW-11-22dis2.wpd

ORDER DISMISSING ACTION -- 1